

## NUMBER 13-15-00236-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI—EDINBURG

**IN THE MATTER OF
ASHLEY PALL**[1]

**On appeal from the 377th District Court
of Victoria County, Texas.**

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes
Order Per Curiam**

This is an ancillary proceeding to a termination of parental rights appeal number 13-15-00236-CV styled *In re R.M.*, et al., currently pending in this Court. Ashley Pall represents R.M. and A.M., both minors in the ancillary proceeding as their attorney ad litem.

---

[1] Ancillary to *In re R.M., et al.*, appellate cause number 13-15-00236-CV.

This Court previously issued orders directing Pall to timely file her appellate brief on behalf of R.M. and A.M. with this Court no later than August 14, 2015. Despite repeated attempts by the Clerk of this Court to contact Pall, Pall failed to timely file her brief. Instead, Pall filed her brief and a corresponding motion for leave to file the late brief on August 21, 2015. Due to the nature of this appeal and in the interest of justice, on August 25, 2015, we granted Pall's motion for leave and considered her brief filed. We again, however, expressed concerns about Pall's failure to comply with our Court's orders. As a result, we carried with the case our determination of whether to inform the Office of General Counsel of the State Bar of Texas that these proceeding have raised a substantial question as to Pall's fitness as a lawyer, and whether to require Pall to appeal and show cause why she should not be held in civil and criminal contempt of this Court. We further ordered Pall to file a motion explaining any extenuating circumstances to this Court. Pall filed timely filed this motion, and it is now before this Court.

After considering Pall's motion to excuse her late filings and disregard for this Court's previous orders, we hereby ORDER Pall to complete two (2.0) hours of mandatory continuing legal education credit in the area of law practice management offered by the State Bar of Texas. Of those two hours of mandatory continuing legal education credit, .5 hours must be ethics credit. Within ninety days of this order, Pall is ordered to submit to the Clerk of this Court sufficient proof that shows her compliance with this order. Finally, by this order, we further DISMISS AS MOOT our two pending decisions of whether to inform the Office of General Counsel of the State Bar of Texas about Pall and

whether to require Pall to appeal and show cause why she should not be held in civil and criminal contempt of this Court.

It is so ORDERED.

PER CURIAM

Delivered and filed the
6th day of October, 2015.